# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LESLYE HERNANDEZ, <br><br> Plaintiff, <br><br> vs. <br><br> ECOLAB INC. and DOES 1-100 inclusive, <br><br> Defendants. | Case No.: 0:20-cv-01806-SRN-ECW <br><br> *[Lead Case: Reich vs. Ecolab Case No.: 0:20-cv-00892-SRN-ECW]* <br><br> Trial Date: None Set <br><br> **STIPULATION OF DISMISSAL [FRCP 41(A)]** <br><br> *[Filed Concurrently with [PROPOSED] Order of Dismissal]* |

Plaintiff, LESLYE HERNANDEZ, and Defendant, ECOLAB INC., by and through their respective counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: October 16, 2023

| MCCUNE WRIGHT AREVALO LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: */s/Michele M. Vercoski* <br> Richard D. McCune* (CA Bar #132124) <br> *Admitted Pro Hac Vice* <br> Michele M. Vercoski*(CA Bar #244010) <br> *Admitted Pro Hac Vice* <br> 18565 Jamboree Road, Suite 550 <br> Irvine, California 92612 <br> Telephone: 909.557-1250 <br> Facsimile: 909-557-1275 <br> rdm@mccunewright.com <br> mmv@mccunewright.com | By: */s/Richard G. Morgan* <br> Richard G. Morgan (MN Bar 157053) <br> Carli D. Pearson (MN Bar 389689) <br> Douglas L. Pfeifer (MN Bar 347127) <br> 90 South 7th Street, Suite 2800 <br> Minneapolis, MN 55402 <br> Tel: 612.428.5000 <br> Fax: 612.428.5001 <br> richard.morgan@lewisbrisbois.com <br> carli.pearson@lewisbrisbois.com <br> doug.pfeifer@lewisbrisbois.com |

1

| *Attorneys for Plaintiff* | *Attorney for Defendant Ecolab Inc.* |
|---|---|

Timothy J. Becker (MN Bar #256663)
Jacob R. Rusch (MN Bar #391892)
**JOHNSON BECKER, PLLC**
444 Cedar St., Ste. 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
tbecker@johnsonbecker.com
jrusch@johnsonbecker.com

*Local Counsel for Plaintiffs*